SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
MARTIN R. BADER, Cal Bar No. 222865
XIMENA SOLANO SUAREZ, Cal Bar No. 263574
TERESA R. MORIN, Cal Bar No. 351874
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691
Email: mbader@sheppard.com
xsolanosuarez@sheppard.com
tmorin@sheppard.com

*Attorneys for Plaintiff*
*Spanish Village Art Center, Inc.*

TRESTLE LAW APC
Amanda Bruss, Esq. (# 246249)
3131 Camino Del Rio N. # 380
San Diego, CA 92108
(619) 343-3655
amanda@trestlelaw.com

*Attorneys for Defendant*
*Village Arts and Education Foundation, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SPANISH VILLAGE ART CENTER, INC., a California Nonprofit Corporation,

Plaintiff,

v.

VILLAGE ARTS AND EDUCATION FOUNDATION, INC., a California Nonprofit Corporation; NANCY SCHEUERMANN, an individual; FRANK CASCIANI, an individual; SUSAN BINFORD, an individual; MAUREEN KING, an individual; and NATASHA PAPOUSEK, an individual,

Defendants.

Case No. 3:26-cv-04528-DMS-JAC

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

Pursuant to Civil Local Rules 7.2 and 12.1, Plaintiff Spanish Village Art Center, Inc. ("Plaintiff") and Defendant Village Arts and Education Foundation, Inc. ("VAEF"), by and through their undersigned counsel, jointly move the Court for an order extending the time for VAEF, and for any individual Defendant who has been served, to answer or otherwise respond to the Complaint, and state as follows:

1. Plaintiff filed the Complaint in this action on August 7, 2026.

2. According to the proof of service on file with the Court, VAEF was served with the Summons and Complaint on August 13, 2026, which would make VAEF's current deadline to answer or otherwise respond September 3, 2026, pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i).

3. VAEF has only recently retained counsel. The parties agree that a brief extension of time is warranted to allow newly retained counsel to become familiar with the matter and to explore whether this action can be resolved without further motion practice.

4. This is the first extension of time requested by VAEF. No trial date or case management deadlines have been set, and the requested extension will not delay the proceedings or prejudice any party.

5. The individual Defendants have not yet retained counsel and have not yet appeared in this action. Plaintiff and VAEF agree, subject to Court approval, that to the extent any individual Defendant has been served, that Defendant's deadline to answer or otherwise respond to the Complaint should likewise be extended to October 3, 2026.

6. The parties therefore jointly request that the Court extend the deadline for VAEF, and for any individual Defendant who has been served, to answer or otherwise respond to the Complaint from September 3, 2026 to October 3, 2026, as set forth in the concurrently lodged proposed order.

IT IS SO STIPULATED.

DATED: September 1, 2026

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: */s/ Martin R. Bader*

Martin R. Bader, Esq. (#222865)
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: 858.720.8900
mbader@sheppard.com

*Attorneys for Plaintiff Spanish Village Art Center, Inc.*

DATED: September 1, 2026

**TRESTLE LAW, APC**

By: */s/ Amanda L. Bruss*

Amanda Bruss, Esq. (# 246249)
Trestle Law, APC
3131 Camino Del Rio N. # 380
San Diego, CA 92108
(619) 343-3655
amanda@trestlelaw.com

*Attorneys for Defendant Village Arts and Education Foundation, Inc.*