UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPANISH VILLAGE ART CENTER, INC., a California nonprofit corporation,<br><br>Plaintiff,<br>vs.<br><br>VILLAGE ARTS AND EDUCATION FOUNDATION, INC., a California nonprofit corporation; NANCY SCHEUERMANN, an individual; FRANK CASCIANI, an individual; SUSAN BINFORD, an individual; MAUREEN KING, an individual; AND NATASHA PAPOUSEK, an individual,<br><br>Defendants. | Case No.: 3:26-cv-04528-DMS-JAC<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

Having considered the parties' Joint Motion for Extension of Time for Defendants to Respond to the Complaint, and good cause appearing,

IT IS HEREBY ORDERED that the deadline for Defendant Village Arts and Education Foundation, Inc., and for any individual Defendant who has been served,

to answer or otherwise respond to the Complaint is extended from September 3, 2026 to October 3, 2026.

IT IS SO ORDERED.

Dated: September 01, 2026

Honorable Dana M. Sabraw
United States District Judge