SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
MARTIN R. BADER, Cal Bar No. 222865
XIMENA SOLANO SUAREZ, Cal Bar No. 263574
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691
Email: mbader@sheppard.com
xsolanosuarez@sheppard.com
tmorin@sheppard.com

*Attorneys for Plaintiff*
*Spanish Village Art Center, Inc.*

TRESTLE LAW APC
Amanda Bruss, Esq. (# 246249)
3131 Camino Del Rio N. # 380
San Diego, CA 92108
(619) 343-3655
amanda@trestlelaw.com

*Attorneys for Defendant*
*Village Arts and Education Foundation, Inc.*

*[Additional counsel listed on signature block]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SPANISH VILLAGE ART CENTER, INC., a California Nonprofit Corporation,

Plaintiff,

v.

VILLAGE ARTS AND EDUCATION FOUNDATION, INC., a California Nonprofit Corporation; NANCY SCHEUERMANN, an individual; FRANK CASCIANI, an individual; SUSAN BINFORD, an individual; MAUREEN KING, an individual; and NATASHA PAPOUSEK, an individual,

Defendants.

Case No. 3:26-cv-04528-DMS-JAC

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

Pursuant to Civil Local Rules 7.2 and 12.1, Plaintiff Spanish Village Art Center, Inc. ("Plaintiff") and Defendant Village Arts and Education Foundation, Inc. ("VAEF"), by and through their undersigned counsel, jointly move the Court for an order extending the time for VAEF, and for any individual Defendant who has been served, to answer or otherwise respond to the Complaint, and state as follows:

1. Plaintiff filed the Complaint in this action on August 7, 2026.

2. According to the proof of service on file with the Court, VAEF was served with the Summons and Complaint on August 13, 2026, which would make VAEF's current deadline to answer or otherwise respond to the Complaint September 3, 2026, pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i).

3. On September 1, 2026, the parties jointly requested, and the Court granted, an extension for VAEF, and for any individual Defendant who has been served, to answer or otherwise respond to the Complaint from September 3, 2026 to October 3, 2026.

4. The parties are currently engaged in settlement discussions and require additional time to determine whether a resolution can be reached.

5. Accordingly, the parties jointly request a 30-day extension of time to allow the parties to continue their settlement discussions.

6. This is the second extension of time requested by the parties. No trial date or case management deadlines have been set, and the requested extension will not delay the proceedings or prejudice any party.

7. The parties therefore jointly request that the Court extend the deadline for VAEF, and for any individual Defendant who has been served, to answer or otherwise respond to the Complaint from October 3, 2026 to November 2, 2026, as set forth in the concurrently lodged proposed order.

IT IS SO STIPULATED.

DATED: October 2, 2026

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: <u>*/s/ Martin R. Bader*</u>

Martin R. Bader, Esq. (#222865)
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: 858.720.8900
mbader@sheppard.com

*Attorneys for Plaintiff Spanish Village Art Center, Inc.*

DATED: October 2, 2026

**TRESTLE LAW, APC**
By: <u>*/s/ Amanda Bruss*</u>

Amanda Bruss, Esq. (# 246249)
Trestle Law, APC
3131 Camino Del Rio N. # 380
San Diego, CA 92108
(619) 343-3655
amanda@trestlelaw.com

*Attorneys for Defendant Village Arts and Education Foundation, Inc.*

DATED: October 2, 2026

**Freeman Mathis & Gary, LLP**
By: <u>*/s/ John K. Rubiner*</u>

John K. Rubiner (# 155208)
1960 East Grand Avenue, Suite 1260
El Segundo, CA 90245
(213) 615-7060
JRubiner@fmglaw.com

*Attorneys for Defendants Nancy Scheuermann, Frank Casciani, Susan Binford, Maureen King, and Natasha Papousek*